**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WYNARD, DAVID JOHN § Case No. 09-20916
WYNARD, JULIE ANN §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2010 By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WYNARD, DAVID JOHN § Case No. 09-20916
WYNARD, JULIE ANN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 1,000,071.71

*and approved disbursements of* $ 856,383.80

*leaving a balance on hand of* [1] $ 143,687.91

**Balance on hand:** **$** 143,687.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: **$** 0.00
Remaining balance: **$** 143,687.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | | | |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 5,000.00 | 0.00 | 5,000.00 |
| Trustee, Expenses - BRADLEY J. WALLER | 110.00 | 0.00 | 110.00 |

Total to be paid for chapter 7 administration expenses: $ 5,110.00
Remaining balance: $ 138,577.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 138,577.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 516,194.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 16,103.93 | 0.00 | 16,103.93 |
| 1I | DISCOVER BANK | 109.64 | 0.00 | 109.64 |
| 2 | PYOD LLC its successors and assigns - Resurgent | 2,398.11 | 0.00 | 2,398.11 |
| 2I | PYOD LLC its successors and assigns - Resurgent | 16.33 | 0.00 | 16.33 |
| 3 | PYOD LLC its successors and assigns - Resurgent | 13,034.21 | 0.00 | 13,034.21 |
| 3I | PYOD LLC its successors and assigns - Resurgent | 88.74 | 0.00 | 88.74 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 945.69 | 0.00 | 945.69 |
| 4I | CAPITAL ONE BANK (USA), N.A. | 6.44 | 0.00 | 6.44 |
| 5 | American Express Centurion Bank | 44,039.96 | 0.00 | 44,039.96 |
| 5I | American Express Centurion Bank | 299.83 | 0.00 | 299.83 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 32,282.89 | 0.00 | 32,282.89 |
| 6I | FIA CARD SERVICES, NA/BANK OF AMERICA | 219.79 | 0.00 | 219.79 |
| 7 | Julie A. Wynard | 407,389.80 | 407,389.80 | 0.00 |

Total to be paid for timely general unsecured claims: $ 108,804.79

Remaining balance: $ 29,773.12

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

N/A

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 29,773.12 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 29,773.12 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $740.77. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $29,032.35.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: evelyng Page 1 of 1 Date Rcvd: Jun 10, 2009
Case: 09-20916 Form ID: b9a Total Noticed: 14

The following entities were noticed by first class mail on Jun 12, 2009.

db/jdb +David John Wynard, Julie Ann Wynard, 2212 Henning Place, Plainfield, IL 60586-6511
aty +Patrick A Meszaros, Law Offices Of Patrick A Meszaros, 1100 W. Jefferson Street, Joliet, IL 60435-6814
tr +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140
14024722 AT&T Univeral Card, PO Box 688911, Des Moines, IA 50368-8911
14024723 +Baker, Miller, Markoff & Krasney LL, 29 N. Wacker Ave., 5th Floor, Chicago, IL 60606-2851
14024724 Bank of America, P.O. Box 15102, Wilmington, DE 19886-5102
14024725 Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492
14024726 +Citi Cards, Processing Center, Des Moines, IA 50363-0001
14024727 +Credit Card Center, PO Box 688940, Des Moines, IA 50368-8940
14024728 Crown Mortgage, 6141 W 95th Street, Oak Lawn, IL 60453-2786
14024730 +NCO, 507 Prudential Rd., Horsham, PA 19044-2368
14024731 ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 (address filed with court: Toyota Financial, PO Box 5855, Carol Stream, IL 60197)

The following entities were noticed by electronic transmission on Jun 10, 2009.

14024721 EDI: AMEREXPR.COM Jun 10 2009 20:38:00 American Express, P. O. Box 650448, Dallas, TX 75265-0448
14024724 EDI: BANKAMER2.COM Jun 10 2009 20:38:00 Bank of America, P.O. Box 15102, Wilmington, DE 19886-5102
14024729 EDI: DISCOVER.COM Jun 10 2009 20:38:00 Discover, Atten. Bankruptcy Dept., P.O. Box 30395, Salt Lake City, UT 84130-0395

TOTAL: 3

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2009** **Signature:** Joseph Speetjens

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: dpruitt Page 1 of 1 Date Rcvd: Oct 20, 2010
Case: 09-20916 Form ID: pdf006 Total Noticed: 19

The following entities were noticed by first class mail on Oct 22, 2010.
db/jdb +David John Wynard, Julie Ann Wynard, 2212 Henning Place, Plainfield, IL 60586-6511
aty +Patrick A Meszaros, Law Offices Of Patrick A Meszaros, 1100 W. Jefferson Street, Joliet, IL 60435-6814
tr +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140
14024722 AT&T Univeral Card, PO Box 688911, Des Moines, IA 50368-8911
14024721 American Express, P. O. Box 650448, Dallas, TX 75265-0448
14430497 American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
14024723 +Baker, Miller, Markoff & Krasney LL, 29 N. Wacker Ave., 5th Floor, Chicago, IL 60606-2851
14024724 Bank of America, P.O. Box 15102, Wilmington, DE 19886-5102
14362908 +CAPITAL ONE BANK (USA), N.A., C/O TSYS DEBT MANAGEMENT (TDM), PO BOX 5155, NORCROSS, GA 30091-5155
14024725 Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492
14024726 +Citi Cards, Processing Center, Des Moines, IA 50363-0001
14024727 +Credit Card Center, PO Box 688940, Des Moines, IA 50368-8940
14024728 Crown Mortgage, 6141 W 95th Street, Oak Lawn, IL 60453-2786
14024730 +NCO, 507 Prudential Rd., Horsham, PA 19044-2368
14352072 +PYOD LLC its successors and assigns, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008
14024731 ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026
(address filed with court: Toyota Financial, PO Box 5855, Carol Stream, IL 60197)

The following entities were noticed by electronic transmission on Oct 20, 2010.
14327641 E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2010 03:19:07 DISCOVER BANK, DFS Services LLC, PO Box 3025, New Albany, Ohio 43054-3025
14024729 E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2010 03:19:07 Discover, Atten. Bankruptcy Dept., P.O. Box 30395, Salt Lake City, UT 84130-0395
14690430 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2010 03:18:36 FIA CARD SERVICES, NA/BANK OF AMERICA, BY AMERICAN INFOSOURCE LP AS ITS AGENT, PO Box 248809, Oklahoma City, OK 73124-8809

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty Charles Cannon
aty Jeffrey M. Goldberg

TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010** **Signature:** Joseph Speetjens