**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  WYNARD, DAVID JOHN                                   Case No. 09-20916
         WYNARD, JULIE ANN

                                                              Chapter   7
_____,
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $205,300.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $608,115.66      Claims Discharged
                                                   Without Payment: $0.00

Total Expenses of Administration: $362,939.46

---

    3) Total gross receipts of $ 1,000,071.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,016.59 (see **Exhibit 2**), yielded net receipts of $971,055.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $70,000.00 | $70,000.00 | $70,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 390,760.61 | 362,939.46 | 362,939.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 21,144.54 | 21,144.54 | 21,144.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 109,581.32 | 516,971.12 | 516,971.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $591,486.47 | $971,055.12 | $971,055.12 |

    4) This case was originally filed under Chapter 7 on June 09, 2009. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2011          By: /s/BRADLEY J. WALLER
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice suit | 1129-000 | 1,000,000.00 |
| Interest Income | 1270-000 | 71.71 |
| **TOTAL GROSS RECEIPTS** | | **$1,000,071.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JULIE A. WYNARD | Dividend paid 100.00% on $29,016.59; Claim# SURPLUS; Filed: $29,016.59; Reference: | 8200-000 | 29,016.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,016.59** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zurich American Insurance | 4210-000 | N/A | 70,000.00 | 70,000.00 | 70,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$70,000.00** | **$70,000.00** | **$70,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 32,821.15 | 5,000.00 | 5,000.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 90.00 | 90.00 | 90.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Charles L. Cannon | 3210-600 | N/A | 262,500.00 | 262,500.00 | 262,500.00 |
| Charles L. Cannon | 3220-610 | N/A | 95,349.46 | 95,349.46 | 95,349.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 390,760.61 | 362,939.46 | 362,939.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Recovery/Cigna Insurance | 5910-000 | N/A | 21,144.54 | 21,144.54 | 21,144.54 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 21,144.54 | 21,144.54 | 21,144.54 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 16,103.93 | 16,103.93 | 16,103.93 |
| 1I | DISCOVER BANK | 7990-000 | N/A | 114.93 | 114.93 | 114.93 |
| 2 | PYOD LLC its successors and assigns - Resurgent | 7100-000 | N/A | 2,398.11 | 2,398.11 | 2,398.11 |
| 2I | PYOD LLC its successors and assigns - Resurgent | 7990-000 | N/A | 17.12 | 17.12 | 17.12 |
| 3 | PYOD LLC its successors and assigns - Resurgent | 7100-000 | N/A | 13,034.21 | 13,034.21 | 13,034.21 |
| 3I | PYOD LLC its successors and assigns - Resurgent | 7990-000 | N/A | 93.02 | 93.02 | 93.02 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 945.69 | 945.69 | 945.69 |
| 4I | CAPITAL ONE BANK (USA), N.A. | 7990-000 | N/A | 6.75 | 6.75 | 6.75 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 44,039.96 | 44,039.96 | 44,039.96 |
| 5I | American Express Centurion Bank | 7990-000 | N/A | 314.31 | 314.31 | 314.31 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 32,282.89 | 32,282.89 | 32,282.89 |
| 6I | FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | N/A | 230.40 | 230.40 | 230.40 |

**UST Form 101-7-TDR (10/1/2010)**

| 7 | Julie A. Wynard | 7100-000 | N/A | N/A | 407,389.80 | 407,389.80 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 109,581.32 | 516,971.12 | 516,971.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-20916  
**Case Name:** WYNARD, DAVID JOHN  
WYNARD, JULIE ANN  
**Period Ending:** 05/03/11

**Trustee:** (330500)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 06/09/09 (f)  
**§341(a) Meeting Date:** 08/06/09  
**Claims Bar Date:** 11/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2212 Henning | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking - Charter One | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Furniture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Medical Malpractice suit | Unknown | 1,000,000.00 | | 1,000,000.00 | FA |
| 6 | Medical Malpractice suit | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2004 Toyota Highlander 75,000 Miles on auto | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 Chevy S10 Pick-Up | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1995 Nissan Maxima Salvage Value | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 71.71 | FA |
| 10 | Assets     Totals (Excluding unknown values) | **$205,300.00** | **$1,000,000.00** | | **$1,000,071.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   October 20, 2010  (Actual)

Printed: 05/03/2011 10:46 AM     V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-20916 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | WYNARD, DAVID JOHN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WYNARD, JULIE ANN | | Account: | ***-*****34-65 - Money Market Account |
| Taxpayer ID #: | **-***1334 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/07/09 | {5} | TDC Group | per court order of November 20, 2009 | 1129-000 | 1,000,000.00 | | 1,000,000.00 |
| 12/14/09 | | To Account #********3466 | | 9999-000 | | 860,000.00 | 140,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.39 | | 140,011.39 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.52 | | 140,016.91 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.33 | | 140,022.24 |
| 03/23/10 | | From Account #********3466 | | 9999-000 | 3,616.20 | | 143,638.44 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.32 | | 143,644.76 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.97 | | 143,645.73 |
| 04/06/10 | | Wire out to BNYM account 9200******3465 | Wire out to BNYM account 9200******3465 | 9999-000 | -143,645.73 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 860,000.00 | 860,000.00 | $0.00 |
| | | Less: Bank Transfers | | -140,029.53 | 860,000.00 | |
| | | **Subtotal** | | 1,000,029.53 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$1,000,029.53** | **$0.00** | |

{} Asset reference(s)    Printed: 05/03/2011 10:46 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-20916  
**Case Name:** WYNARD, DAVID JOHN  
WYNARD, JULIE ANN  
**Taxpayer ID #:** **-***1334  
**Period Ending:** 05/03/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****34-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/09 |  | From Account #********3465 |  | 9999-000 | 860,000.00 |  | 860,000.00 |
| 12/14/09 | 101 | Charles L. Cannon | per court order of December 11, 2009 | 3210-600 |  | 262,500.00 | 597,500.00 |
| 12/14/09 | 102 | Charles L. Cannon | per court order of December 11, 2009 | 3220-610 |  | 95,349.46 | 502,150.54 |
| 12/14/09 | 103 | ACS Recovery/Cigna Insurance | per court order of December 11, 2009 | 5910-000 |  | 21,144.54 | 481,006.00 |
| 12/14/09 | 104 | McDonald's Restaurants of Illinois, Inc. | per court order of December 11, 2009<br>Voided on 12/16/09 | 4210-000 |  | 70,000.00 | 411,006.00 |
| 12/14/09 | 105 | Medicare | per court order of December 11, 2009<br>Voided on 03/23/10 | 4210-000 |  | 3,616.20 | 407,389.80 |
| 12/14/09 | 106 | Julie Ann Wynard | per court order of December 11, 2009 | 7100-000 |  | 407,389.80 | 0.00 |
| 12/16/09 | 104 | McDonald's Restaurants of Illinois, Inc. | per court order of December 11, 2009<br>Voided: check issued on 12/14/09 | 4210-000 |  | -70,000.00 | 70,000.00 |
| 01/15/10 | 107 | Zurich American Insurance | per court order of December 11, 2009 | 4210-000 |  | 70,000.00 | 0.00 |
| 03/23/10 |  | To Account #********3465 |  | 9999-000 |  | 3,616.20 | -3,616.20 |
| 03/23/10 | 105 | Medicare | per court order of December 11, 2009<br>Voided: check issued on 12/14/09 | 4210-000 |  | -3,616.20 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 860,000.00 | 860,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 860,000.00 | 3,616.20 |  |
|  |  |  | **Subtotal** |  | 0.00 | 856,383.80 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$856,383.80** |  |

{} Asset reference(s)

Printed: 05/03/2011 10:46 AM   V.12.56

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-20916  
**Case Name:** WYNARD, DAVID JOHN  
WYNARD, JULIE ANN  
**Taxpayer ID #:** **-***1334  
**Period Ending:** 05/03/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******34-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | 9999-000 | 143,645.73 | | 143,645.73 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.88 | | 143,652.61 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.54 | | 143,661.15 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.27 | | 143,669.42 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.54 | | 143,677.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.54 | | 143,686.50 |
| 09/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.41 | | 143,687.91 |
| 09/13/10 | | To Account #9200******3466 | | 9999-000 | | 143,687.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **143,687.91** | **143,687.91** | **$0.00** |
| | | | Less: Bank Transfers | | 143,645.73 | 143,687.91 | |
| | | | **Subtotal** | | **42.18** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42.18** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2011 10:46 AM   V.12.56

Exhibit 9

# FORM 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-20916 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | WYNARD, DAVID JOHN | | Bank Name: | The Bank of New York Mellon |
| | WYNARD, JULIE ANN | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***1334 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/13/10 | | From Account #9200******3465 | | 9999-000 | 143,687.91 | | 143,687.91 |
| 11/12/10 | 10108 | BRADLEY J. WALLER | Dividend paid 100.00% on $90.00, Trustee Expenses;  Reference: | 2200-000 | | 90.00 | 143,597.91 |
| 11/12/10 | 10109 | BRADLEY J. WALLER | Dividend paid 100.00% on $5,000.00, Trustee Compensation;  Reference: | 2100-000 | | 5,000.00 | 138,597.91 |
| 11/12/10 | 10110 | DISCOVER BANK | Dividend paid 100.00% on $16,103.93; Claim# 1; Filed: $16,103.93; Reference: | 7100-000 | | 16,103.93 | 122,493.98 |
| 11/12/10 | 10111 | PYOD LLC its successors and assigns - Resurgent | Dividend paid 100.00% on $2,398.11; Claim# 2; Filed: $2,398.11; Reference: | 7100-000 | | 2,398.11 | 120,095.87 |
| 11/12/10 | 10112 | PYOD LLC its successors and assigns - Resurgent | Dividend paid 100.00% on $13,034.21; Claim# 3; Filed: $13,034.21; Reference: | 7100-000 | | 13,034.21 | 107,061.66 |
| 11/12/10 | 10113 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $945.69; Claim# 4; Filed: $945.69; Reference: | 7100-000 | | 945.69 | 106,115.97 |
| 11/12/10 | 10114 | American Express Centurion Bank | Dividend paid 100.00% on $44,039.96; Claim# 5; Filed: $44,039.96; Reference: | 7100-000 | | 44,039.96 | 62,076.01 |
| 11/12/10 | 10115 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 100.00% on $32,282.89; Claim# 6; Filed: $32,282.89; Reference: | 7100-000 | | 32,282.89 | 29,793.12 |
| 11/12/10 | 10116 | DISCOVER BANK | Dividend paid 100.00% on $114.93; Claim# 1I; Filed: $114.93; Reference: | 7990-000 | | 114.93 | 29,678.19 |
| 11/12/10 | 10117 | PYOD LLC its successors and assigns - Resurgent | Dividend paid 100.00% on $17.12; Claim# 2I; Filed: $17.12; Reference: | 7990-000 | | 17.12 | 29,661.07 |
| 11/12/10 | 10118 | PYOD LLC its successors and assigns - Resurgent | Dividend paid 100.00% on $93.02; Claim# 3I; Filed: $93.02; Reference: | 7990-000 | | 93.02 | 29,568.05 |
| 11/12/10 | 10119 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 100.00% on $6.75; Claim# 4I; Filed: $6.75; Reference: | 7990-000 | | 6.75 | 29,561.30 |
| 11/12/10 | 10120 | American Express Centurion Bank | Dividend paid 100.00% on $314.31; Claim# 5I; Filed: $314.31; Reference: | 7990-000 | | 314.31 | 29,246.99 |
| 11/12/10 | 10121 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 100.00% on $230.40; Claim# 6I; Filed: $230.40; Reference: | 7990-000 | | 230.40 | 29,016.59 |
| 11/12/10 | 10122 | JULIE A. WYNARD | Dividend paid 100.00% on $29,016.59; Claim# SURPLUS; Filed: $29,016.59; Reference: | 8200-000 | | 29,016.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 143,687.91 | 143,687.91 | $0.00 |
| | | | Less: Bank Transfers | | 143,687.91 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 143,687.91 | |
| | | | Less: Payments to Debtors | | | 29,016.59 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $114,671.32 | |

{} Asset reference(s)

Printed: 05/03/2011 10:46 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-20916 | | **Trustee:** | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| **Case Name:** | WYNARD, DAVID JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | WYNARD, JULIE ANN | | **Account:** | 9200-******34-66 - Checking Account |
| **Taxpayer ID #:** | **-***1334 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/03/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****34-65 | 1,000,029.53 | 0.00 | 0.00 |
| Checking # ***-*****34-66 | 0.00 | 856,383.80 | 0.00 |
| MMA # 9200-******34-65 | 42.18 | 0.00 | 0.00 |
| Checking # 9200-******34-66 | 0.00 | 114,671.32 | 0.00 |
| | $1,000,071.71 | $971,055.12 | $0.00 |